CONTE C. CICALA (State Bar No. 173554)
ALEKSANDRS E. DRUMALDS (State Bar No. 237101)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:   (562) 435-2626
Telecopier:  (562) 437-7555
Email:       aleksd@fdw-law.com

Attorneys for Plaintiff
IRON PASHA INC.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRON PASHA INC.<br><br>        Plaintiff,<br><br>   vs.<br><br>SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD.,<br><br>        Defendants. | **CASE NO.:** 11-CV-09710 RGK (PJWx)<br><br>IN ADMIRALTY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

/ / /

/ / /

/ / /

-1-

Notice of Voluntary Dismissal
Case No.: 11-CV-09710 RGK (PJWx)

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff IRON PASHA INC. as to Defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

DATED: December 1, 2011

Respectfully Submitted,

FLYNN, DELICH & WISE LLP

By: /s/ Aleksandrs E. Drumalds
Conte C. Cicala
Aleksandrs E. Drumalds
Attorneys for Plaintiff
IRON PASHA INC.

-and-

George A. Gaitas (Fed. Bar No. 705176)
CHALOS & CO, P.C.
7210 Tickner Street, Houston, TX 77055
Telephone: (713) 936-2427
Telecopier: (866) 702-4577
Email: gaitas@chaloslaw.com

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626